NINA F. LOCKER, State Bar No. 123838
E-MAIL: nlocker@wsgr.com
STEVEN D. GUGGENHEIM., State Bar No. 201386
E-MAIL: sguggenheim@wsgr.com
CAZ HASHEMI, State Bar No. 210239
E-MAIL: chashemi@wsgr.com
DAVID A. MCCARTHY, State Bar No. 226415
E-MAIL: dmccarthy@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS,
INC. and ANTONIO CANOVA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA,<br><br>Defendants. | CIVIL ACTION NO.: 3:05-cv-2042 CRB<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RELATED CASES** |

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042

1  WHEREAS, the Court entered an Order dated June 23, 2005 designating this action
2  "related" under Local Rule 3-12 to numerous class actions and derivative actions filed in this
3  District;
4  WHEREAS, there are other similar cases currently pending in this District;
5  NOW THEREFORE, the parties to this stipulation agree, and the Court hereby orders, the
6  following cases are also related to this action within the meaning of Local Rule 3-12:

7  - *Buddareddyhalli Sreenivas v. Brocade Communications Systems, Inc., et al.,* No. 3:05-CV-02374 (Class Action);
8
9  - *Frederick Witt v. Brocade Communications Systems, Inc., et al.,* No. 3:05-CV-02692 (Class Action);

10  - *Najani K. Jha v. Gregory Reyes, et al.,* No. 3:05-CV-02652 (Derivative Action).

11  IT IS SO STIPULATED.

12
13  Dated: July 8, 2005                                                         Respectfully Submitted,

                                                                                WILSON SONSINI GOODRICH & ROSATI
14                                                                              Professional Corporation

15

16                                                                              By:  /s/David A. McCarthy
                                                                                     David A. McCarthy
17
                                                                                Attorneys for Defendants
18                                                                              BROCADE COMMUNICATIONS SYSTEMS,
                                                                                INC. and ANTONIO CANOVA
19

20
    Dated: July 8, 2005                                                         SCOTT & SCOTT
21                                                                              Arthur L. Shingler, III
                                                                                401 B Street, Suite 307
22                                                                              San Diego, CA 92101
                                                                                Telephone: (619) 233-4565
23                                                                              Facsimile: (619) 233-0508

24

25                                                                              By:  /s/Arthur L. Shingler, III
                                                                                     Arthur L. Shingler, III
26
                                                                                Attorneys for Plaintiff
27                                                                              BUDDAREDDYHALLI SREENIVAS

28

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042                                   1                                 C:\NRPORTBL\PALIB1\VM3\2686325_1.DOC

| | | |
|---|---|---|
| 1 | Dated: July 8, 2005 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | Lee M. Gordon |
| | | 700 South Flower St., Suite 2940 |
| 3 | | Los Angeles, CA 90017-4101 |
| | | Telephone: (213) 33-7150 |
| 4 | | Facsimile: (213) 330-7152 |

By: _____/s/Lee M. Gordon_____
         Lee M. Gordon

Attorneys for Plaintiff
FREDERICK WITT

Dated: July 8, 2005                    MARY ALEXANDER & ASSOCIATES
                                       Mary E. Alexander
                                       Gary W. Loftis
                                       44 Montgomery Street, Suite 1303
                                       San Francisco, CA 94104
                                       Telephone: (415) 433-4440
                                       Facsimile: (415) 433-5440


By: _____/s/Mary E. Alexander_____
         Mary E. Alexander

Attorneys for Plaintiff
NAJANI K. JHA

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 8th day of July 2005 at Palo Alto, California.

                /s/David A. McCarthy
                 David A. McCarthy

**[PROPOSED] ORDER**

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: July 21, 2005

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer*